UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14035-CR-GRAHAM/LYNCH(s)

UNITED STATES OF AMERICA
Plaintiff,

v.

LIBAN FUENTIS BERITAN
Defendant,
_______________________________/

FILED by [signature] OCT 10 2006 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - FT. PIERCE

## ORDER ON INITIAL APPEARANCE

AUSA Beth Sreenan
Agent Richard LaRocca, DEA

Language SPANISH
Tape No. 06-57/FJL@ 230

The above-named defendant having been arrested on October 10, 2006 and before the court for initial appearance on October 10, 2006 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:

1. ________________________________ appeared as permanent counsel of record.
Address: ________________________________
Zip Code: __________ Telephone: ________________

**2. CJA Michael Metz, Esquire was appointed as permanent counsel of record.**
**Address: One Financial Plaza, Suite #2612 Fort Lauderdale, Florida**
**Zip Code: 33394 Telephone: 954/761-2300**

3. The defendant shall attempt to retain counsel and shall appear before the court at ________ A.M. on ________________________________.

**4. Arraignment set for Wednesday, October 11, 2006 @ 9:30 a.m. before Judge Lynch in Fort Pierce, FL.**

**5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because Risk of flight and danger to community**
**A detention hearing, pursuant to 18 U.S.C. Section 3142(f) @9:30 a.m., 10/11/06 before Judge Lynch.**

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
**Defendant ordered temporary detained**
________________________________

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel document to the Pretrial Services Office.
___ b. Report to U.S. Probation/Pretrial Office follows:____times a week by phone, ___time a week in person; other: ________________________________
___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

____ d. Maintain or actively seek full time gainful employment.
____ e. Maintain or begin an educational program.
____ f. Avoid all contact with victims of or witnesses to the crimes charged..
____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
____ h. Comply with the following curfew:______________________________
____ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
____ j. Comply with the following additional special conditions of this bond:
______________________________________________________
______________________________________________________

This bond was set: At Arrest ____
On Warrant XX
After Hearing____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ________
______________________________________________________
______________________________________________________
______________________________________________________

______ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Ft. Pierce, Florida this 10th day of October, 2006.

**FRANK J. LYNCH, JR.**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney (FTP)
Defendant
Defendant's counsel
U.S. Marshal Service
U.S. Pretrial/U.S. Probation Office